FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY 27 AM 8: 30
CLERK C Adams
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

United States of America
v.
Genaro Barrientos

Case No: 6:09CR00048-33
USM No: 61629-019

Date of Original Judgment: September 27, 2010
Date of Previous Amended Judgment: ____________
*(Use Date of Last Amended Judgment, if any)*

Hal Roach, Jr.
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 115 months **is reduced to** time served.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated September 27, 2010 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/27/15

Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*