FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 28  PM 2: 16

CLERK _CAdawo_
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## for the

### Southern District of Georgia
### Statesboro Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:    6:09CR00048-33 |
| Genaro Barrientos | ) | USM No:    61629-019 |
| | ) | |
| Date of Original Judgment:    September 27, 2010 | ) | Hal Roach, Jr. |
| Date of Previous Amended Judgment: May 27, 2015 | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

**Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**
**Reason for Amendment:   [X] Correction of Sentence for Arithmetical Error (Fed.R.Crim.P. 35(a))**

Upon motion of  [X] the defendant  [ ] the Director of the Bureau of Prisons  [ ] the court under 18 U.S.C.

§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    115    months **is reduced to**   92 months

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated    September 27, 2010    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    5/28/15

_____
Judge's signature

Dudley H. Bowen, Jr.

Effective Date:    November 1, 2015            United States District Judge
        *(if different from order date)*            *Printed name and title*